94-08/DPM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PETALON SHIPPING CO. LTD.,

                Plaintiff,

- against -

PALMYRA SHIPPING AND CHARTERING LTD.,

                Defendant.
----------------------------------------------------------x

08 CV 2213 (LAK)

ORDER DIRECTING
RELEASE OF FUNDS AND
DISCONTINUANCE OF
ACTION

It having been reported to the Court that the parties have settled this matter, and no appearance having been made on behalf of the defendants;

IT IS HEREBY ORDERED that any funds restrained pursuant to the Process of Maritime Attachment and Garnishment authorized by this Court, being sent to/from Defendant be released in accordance with the original wire transfer instructions; and

IT IS FURTHER ORDERED that this action be dismissed with prejudice and without costs as to either party.

SO ORDERED:

March 17, 2008

_____
Hon. Lewis A. Kaplan, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

NYDOCS1/300533.1